IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UMAR CLARK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:20-cv-825-ECM |
| | ) |
| CAPITAL ONE AUTO FINANCE, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

On March 2, 2021, the Magistrate Judge entered a Recommendation (doc. 9) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED, and this case is TRANSFERRED to the United States District Court for the Eastern District of Texas pursuant to 28 U.S.C. § 1406(a).

Done this 1st day of April, 2021.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE